IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| DAVE HODGE and BEN LANNING, individually, and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. CV 06-263-S-MHW |
| v. | ) ) | **ORDER** |
| LEAR SIEGLER SERVICES, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the telephonic status conference held on February 10, 2010, **IT IS HEREBY ORDERED:**

1) The survey related to the damages aspects of Plaintiffs' claim must be completed on or before **Monday, April 26, 2010**.

2) The parties indicated they wish to pursue private mediation. This mediation shall occur on or before **Monday, June 7, 2010**. The parties shall notify chambers of the outcome of the mediation.

3) A ten-day jury trial is hereby set to begin **Monday, October 18, 2010** at 9:30 a.m.

in the United States Courthouse in Boise, Idaho.

4) A telephonic pretrial conference will be held **Monday, October 4, 2010** at 3:00 p.m.

5) Motions in limine, if any, must be filed by **Tuesday, September 7, 2010** and responses are due by **Monday, September 20, 2010**. If necessary, the motions in limine will be addressed at the pretrial conference on **October 4, 2010**.

6) Not later than **Wednesday, October 6, 2010**, the parties shall electronically file and serve copies on opposing counsel of the following:

    A. **Trial Briefs.**

    B. **Exhibit Lists.** Any stipulated exhibits should be numbered and listed starting with **"101."** Plaintiff's exhibits should be numbered and listed starting with **"201."** Defendants' exhibits should be numbered and listed starting with **"301."** Impeachment evidence should be marked, sealed and delivered only to the Court; each should be listed on your exhibit list only as "impeachment exhibit." A form for the exhibit list may be accessed on the Court's website at http://www.id.uscourts.gov/forms-dc/ID-AO-187.pdf.

    C. **Witness Lists.** List all witnesses to be called. For each witness, provide the following information: name, address, occupation, and the estimated amount of time for direct testimony. A form for the witness list may be accessed on the Court's website at http://www.id.uscourts.gov/forms-dc/ID-AO-187.pdf.

    D. **Expert Witness Lists.** A written statement or report of each expert setting forth their qualifications, any opinions to be expressed in detail, and the facts and data upon which the opinions are based.

    E. **Plaintiff's Itemized List of Special Damages**, if any.

    F. **Proposed Voir Dire Questions** that each party requests that the Court ask potential jurors.

G. **Proposed Jury Instructions *with* Citations.** The Court prefers that the proposed instructions be taken from the appropriate sections of the Ninth Circuit's Model Jury Instructions, found at http://207.41.19.15/web/sdocuments.nsf/civ or IDJI's for state law claims, found at http://www.isc.idaho.gov/juryinst_cov.htm. Each proposed instructions should each be on a separate sheet and should contain a reference to the source of the instructions.

H. **Proposed Jury Instructions *without* Citations.** Additionally, the parties shall lodge two "clean" copies of their proposed jury instructions that do not contain references to the source of the instructions. In addition to these two copies, the proposed jury instructions without citations should also be submitted to the Court by each party on a computer disc compatible with Word or Word Perfect.

I. **Proposed Verdict Form.** The parties shall submit a proposed verdict form with their Proposed Jury Instructions, including teh same on the disc that contains the proposed jury instructions without citations.

7. Not later than **Wednesday, October 13, 2010**, the parties shall lodge with the Court the following:

A. **Exhibits.** An additional copy of each exhibit should be submitted for the Court's personal use during the trial, with the exception of oversize exhibits or audio/video materials.

B. **Depositions.** Produce only depositions that are to be offered as substantive evidence--i.e., not depositions used to refresh recollection or for impeachment. Underline the portions of the deposition that are sought to be admitted.

8. Except for good cause shown, no exhibits or testimony will be received in

**Order - Page 3**

evidence at trial unless presented in accordance with this Order.



DATED: February 12, 2010

_____
Honorable Mikel H. Williams
United States Magistrate Judge